AO 91 (Rev. 02/09)  Criminal Complaint

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

JUN 1 7 2014

, Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Ricardo GARZA-Ramirez | ) | Case No. M-14-1165-m |
| Mexican Citizen | ) | (Related: m-14-186-m) |
| YOB: 1958 | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of   06/17/2014   in the county of   Hidalgo   in the   Southern   District of

Texas   , the defendant violated   Title 21   U. S. C. §   841&952

, an offense described as follows:

defendant did knowingly and intentionally posses with the intent to distribute and did knowingly and intentionally
import from the United Mexican states into the United States approximately 15.14 kilograms of cocaine
a scheduled II controlled substance

This criminal complaint is based on these facts:

On January 31, 2014, United States (U.S.) Immigration and Customs Enforcement, Homeland Security Investigations
(HSI), McAllen, Texas Special Agents (SAs) arrested two individuals and seized approximately 15.47 KG of cocaine.
One of the individuals arrested stated they crossed the cocaine earlier that morning through the Pharr Port of Entry
(POE). This same individual stated that a Ford Escort followed him through the Pharr Port of Entry as he crossed

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Raul Garza Jr., Special Agent HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   06/17/2014

_____
*Judge's signature*

City and state:   McAllen, Texas

Dorina Ramos, US Magistrate Judge
*Printed name and title*

the narcotics in his vehicle. HSI SAs subsequently identified this Ford Escort and discovered that this Ford Escort had concurrent crossing with a BMW 3 Series bearing Texas License Plates DBS5742 as they both crossed through the Pharr POE. Ricardo GARZA Ramirez was identified as the driver of BMW 3 Series.

On June 17, 2017, at approximately 0915 hours, the BWM 3 Series bearing Texas License Plate DBS5742 attempted to make entry into the U.S. through the Pharr POE. CBP officers performed an intensified search of the vehicle and discovered approximately 14 bundles of a white powdery substance, weighing approximately 15.14 KGS, which field tested positive for the properties of cocaine, hidden in a factory void behind the back seat of the vehicle.

GARZA Ramirez was subsequently given a copy of his Miranda Rights for which he waived those rights both orally and in writing. GARZA Ramirez told HSI SAs that the BMW belonged to him and that he was the only individual who drove the vehicle. He later changed his story and stated that some unknown individuals put the BMW into his name and they instructed him to regularly cross the vehicle. He would only take possession of the vehicle right before he was instructed to cross the vehicle. On the mornings that he was instructed to cross the vehicle, he would receive a call from an unknown individual who would instruct him to pick the vehicle up near the Pharr POE in Reynosa, TX.

He stated that on approximately seven previous occasions, he would cross the vehicle into the U.S. from Mexico. Once he arrived in the U.S., he would be instructed to drop the vehicle off at a store parking lot. Another unknown individual would pick up the vehicle, take it to an unknown location and then return it to him at the same parking lot. On each of these seven previous occasions he would be paid approximately $200 to $300.

GARZA Ramirez stated that the arrangement to cross the vehicle was suspicious; however he had no other source of income, therefore he never questioned it. GARZA Ramirez stated that has not been employed since 2013.